IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDWARD FERRY, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 17-00545-KD-M |
| | ) | |
| ASSET CAMPUS HOUSING, INC., | ) | |
|    Defendant. | ) | |

**ORDER**

This matter is before the Court on the parties' joint stipulation for entry of a stay of this case pending arbitration pursuant to 9 U.S.C. § 3.[1]  (Doc. 10).

In support, the parties submit an arbitration agreement (Doc. 10-1) which they contend is binding.  Additionally, the parties assert that that they have "agreed to have all employment related disputes between them resolved exclusively through binding arbitration[]" and "stipulate and agree that the claims asserted by…[plaintiff]…in his complaint fall within the scope of the [arbitration] Agreement and as such have agreed to submit them to arbitration." (Doc. 10 at 1-2).

"The FAA [Federal Arbitration Act] provides for stays of proceedings in federal district courts when an issue in the proceeding is referable to arbitration[.]"  E.E.O.C. v. Waffle House, Inc., 534 U.S. 279, 289 (2002).  District courts have discretion to stay a case pending the resolution of related proceedings in another forum, such as arbitration, and when doing so "must limit properly the scope of the stay."  Ortega Trujillo v. Conover & Co. Comm., Inc., 221 F.3d

---

[1] "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration." 9 U.S.C. § 3.

1

1262, 1264 (11th Cir. 2000).

Upon consideration, it is **ORDERED** that entry of a limited stay of this action is appropriate.  Accordingly, the parties' request is **GRANTED** and this action is hereby **STAYED** until **August 1, 2018**.  The parties are **ORDERED** to file a joint status report on or before **May 1, 2018**, to advise the Court of the status of the arbitration proceedings and the necessity (if any) for a continuation of the limited stay of this action.

**DONE** and **ORDERED** this the **31st** day of **January 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**